**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | |
|---|---|
| Trustees for PLUMBERS LOCAL NO. 8 HEALTH AND WELFARE FUND, et al., | ) ) ) Case Number: 10-CV-01138-DGK |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Luevano Hart Construction LLC, | ) ) |
| Defendant. | ) |

# ORDER

UPON APPLICATION by Plaintiffs (Doc. 8), and for good cause shown, judgment is hereby entered in favor of Plaintiffs and against Defendant in the amount of $102,238.66, based on the following amounts:

    a.    Plaintiffs, the Local Funds, are owed contributions for February 2011 in the amount of $19,218.74;

    b.    Plaintiffs, the Local Funds, are owed liquidated damages for contributions due for August 2010 through February 2011, in the amount of $44,733.71;

    c.    Plaintiffs, the Local Funds, are owed pre-judgment interest in the amount of $805.21 through April 7, 2011, with amounts accruing thereafter at a rate of $2.11 per day;

    d.    Plaintiffs, the National Funds, are owed contributions for February 2011 in the amount of $5,210.26;

    e.    Plaintiffs, the National Funds, are owed liquidated damages for contributions due for August 2010 through February 2011, in the amount of $5,171.31;

    f.    Plaintiffs, the National Funds, are owed pre-judgment interest in the amount of $482.95 through April 7, 2011, with amounts accruing thereafter at a rate of $1.72 per day; and

g.  Attorneys' fees, costs, and out-of-pocket expenses incurred by Plaintiffs in connection with collection of employee benefit contributions and this lawsuit, through March 31, 2011, total $26,616.58.

**SO ORDERED**.

      /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Date: June 28, 2011